1   STEVEN G. KALAR
    Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant DABESTANI

6

7                        IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,            )     No. CR 12-00708-EJD
                                         )
12                 Plaintiff,            )     STIPULATION AND [PROPOSED]
                                         )     ORDER CONTINUING HEARING DATE
13  vs.                                  )     AND EXCLUDING TIME UNDER THE
                                         )     SPEEDY TRIAL ACT
14  HOSSEIN DABESTANI,                   )
                                         )
15                 Defendants.           )
    _____)

16

17

18                                   **STIPULATION**

19         Defendant Hossein Dabestani, by and through Assistant Federal Public Defender Varell

20  L. Fuller, and the United States, by and through Assistant United States Attorney Peter B.

21  Axelrod, hereby stipulate that, with the Court's approval, the status hearing currently set for

22  Monday, May 13, 2013, at 1:30 p.m., shall be continued to Monday, August 5, 2013 at 1:30 p.m.

23         The reason for the continuance is the defense requested the government provide

24  additional discovery in this matter, which the government has recently agreed to permit defense

25  counsel to review at the United States Attorney's Office.  Accordingly, defense counsel requires

26  additional time to review the additional discovery and to effectively prepare.

1    For the foregoing reasons, the parties jointly request and agree to an exclusion of the time

2  between May 13, 2013, and August 5, 2013, under the Speedy Trial Act, 18 U.S.C. §

3  3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

4    IT IS SO STIPULATED.

5

6  Dated: May 9, 2013

7                                   _____/s/_____
                                    VARELL L. FULLER
                                    Assistant Federal Public Defender

8

9  Dated: May 9, 2013               _____/s/_____
                                    PETER B. AXELROD
10                                  Assistant United States Attorney

   //
11  //
   //
12  //
   //
13  //
   //

14                           [PROPOSED] ORDER

15    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

16  ORDERED that the hearing currently set for Monday, May 13, 2013, shall be continued to

17  Monday, August 5, 2013, at 1:30 p.m.

18    THE COURT FINDS that failing to exclude the time between May 13, 2013, and August

19  5, 2013, would unreasonably deny defense counsel reasonable time necessary for effective

20  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §

21  3161(h)(7)(B)(iv).

22    THE COURT FURTHER FINDS that the ends of justice served by excluding the time

23  between May 13, 2013, and August 5, 2013, from computation under the Speedy Trial Act

24  outweigh the interests of the public and the defendant in a speedy trial.

25    THEREFORE, IT IS HEREBY ORDERED that the time between May 13, 2013, and

26

1  August 5, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

2  3161(h)(7)(A) and (B)(iv).

3       IT IS SO ORDERED.

4

Dated:    5/9/2013

5

6  THE HONORABLE EDWARD J. DAVILA
   United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26